■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK SAUNDERS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered July 30, 1980, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Pearson,* 62 AD2d 1043; *People v Foster,* 58 AD2d 814; cf. *People v Gonzalez,* 47 NY2d 606). O'Connor, J. P., Bracken, Niehoff and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES C. WALLACE, Also Known as JAMES JACKSON, Appellant. — Appeals by defendant (1) from a judgment of the County Court, Nassau County (Thorp, J.), rendered November 20, 1980, convicting him of criminal possession of stolen property in the first degree, criminal possession of stolen property in the third degree, petit larceny and reckless endangerment in the second degree (two counts), upon a jury verdict, and imposing sentence and (2) by permission, from an order of the same court, dated November 23, 1981, which, *inter alia,* denied his *pro se* application to vacate his sentence. Case remitted to the County Court for an immediate hearing in accordance herewith, and appeals held in abeyance in the interim. The County Court shall file its report with all convenient speed. Defendant made three speedy trial motions asserting, *inter alia,* that the People were not ready for trial within six months, as required by CPL 30.30. All were denied without a hearing. However, the motions raise numerous factual contentions which should have been considered at a full hearing (see *People v Berkowitz,* 50 NY2d 333) and accordingly, such a hearing is directed. The scope of the hearing should encompass the entire pretrial period, with particular emphasis on the period during which the People's motion to amend the indictment was under review. Gibbons, J. P., Weinstein, O'Connor and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES C. WALLACE, Appellant. — Order of the County Court, Nassau County (Morrison, J.), dated December 16, 1980, affirmed, without costs or disbursements. No opinion. Appeals from two orders of the same court (Thorp, J.), both dated May 6, 1981, dismissed, without costs or disbursements, for failure to file notices of appeal. Weinstein, J. P., Thompson, Bracken and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SUSAN WILLIAMS, Appellant. — Appeal by defendant, as limited by her motion, from a sentence of the County Court, Nassau County (Santagata, J.), imposed August 11, 1981. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Gibbons, J. P., Weinstein, O'Connor and Thompson, JJ., concur.